UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY ELWELL,<br><br>                    Defendant | No.   20-cr-10193-DJCs |

**ASSENTED-TO MOTION FOR AN ORDER OF EXCLUDABLE DELAY
PURSUANT TO THE SPEEDY TRIAL ACT**

The United States of America, by and through Assistant United States Attorney Alathea E. Porter, with the assent of counsel for the defendant, respectfully moves this Honorable Court for an Order designating the period from May 10, 2022 through December 12, 2022 as excludable delay pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A), on the ground that the ends of justice served in the delay outweigh the best interests of the public and the defendant in a speedy trial.

On May 10, 2022, the Court held a pre-trial conference, during which the defendant requested additional time to review discovery.  The Court scheduled trial to begin on December 12, 2022.  Exclusion of the time is necessary so that defendant Elwell can evaluate the discovery, so that the parties have an opportunity to discuss potential pre-trial resolution, and/or to prepare for trial.  Counsel for the defendant assented to the exclusion of time at the May 10, 2022 pre-trial conference.

Dated:  May 10, 2022                                        Respectfully submitted,

                                                            RACHAEL S. ROLLINS
                                                            United States Attorney

                                            By:    */s/ Alathea Porter*
                                                            Alathea E. Porter
                                                            Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 10, 2022, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                */s/ Alathea E. Porter*
                                                Alathea E. Porter
                                                Assistant U.S. Attorney